IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.P.A., <br><br> Plaintiff, <br><br> v. <br><br> ZHAOFENG, et al., <br><br> Defendants. | Case No. 19-cv-03993 <br><br> **Judge Charles P. Kocoras** <br><br> **Magistrate Judge Gabriel A. Fuentes** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on August 22, 2019 [41], in favor of Plaintiff Gianni Versace, S.p.A. ("Versace") and against the Defendants Identified in Schedule A in the amount of five hundred thousand dollars ($500,000) per Defaulting Defendant, and Versace acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| fashionforboys | 231 |
| gogogo2016 | 236 |
| iloveyou | 244 |
| zhangwu369 | 276 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 20th day of December 2019.  Respectfully submitted,

/s/RiKaleigh C. Johnson
Paul G. Juettner
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
pjuettner@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Plaintiff Gianni Versace, S.p.A.*